# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**ROBIN QUICK, CHRISTELL**    )
**HICKS and VICKI STOKES**    )
**PHEAL, on behalf of themselves**    )
**and all others similarly situated,**    )
    )
**PLAINTIFFS**    )        **Civil Action No.**
    )        **3:06-cv-23-HTW-JCS**
**V.**    )
    )
**PAYLESS SHOESOURCE, INC.,**    )
    )
**DEFENDANT**    )

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed jointly by Plaintiff Christell Hicks and Defendant Payless Shoesource, Inc., the Court finds that the relief requested is well-taken; therefore

IT IS HEREBY ORDERED AND ADJUDGED that this action be dismissed as to Plaintiff Christell Hicks, with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED, this the 30th day of August, 2006.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

AGREED TO BY:


/s Melody McAnally
J. William Manuel (MSB # 9891)
Melody McAnally (MSB # 101236)
Bradley Arant Rose & White LLP
188 E. Capitol Street, Suite 450
Jackson, Mississippi  39201

*Attorneys for Defendant*

/s Nick Norris
Louis H. Watson, Jr., (MB # 9053)
Nick Norris (MB # 101574)
Louis H. Watson, Jr., PA
520 E. Capitol Street
Jackson, MS 39201-2703

*Attorneys for Plaintiff Christell Hicks*